■ THE PEOPLE OF THE STATE OF NEW YORK v ROBERTO COTTO. — Upon the court's own motion, the appeal is dismissed unless perfected for the May, 1983 term, the motion to be relieved is denied and counsel's attention directed to the matter of *People v Saunders* (52 AD2d 833). Concur — Sandler, J. P., Carro, Silverman, Bloom and Kassal, JJ.